Felicia Medina (Cal. Bar No. 255804)
Jennifer Orthwein (Cal. Bar No. 255196)
Kevin Love Hubbard (Cal. Bar. No. 290759)
MEDINA ORTHWEIN LLP
1322 Webster Street, Suite 200
Oakland, California 94612
Telephone: (510) 823-2040
Fax: (510) 217-3580
fmedina@medinaorthwein.com
jorthwein@medinaorthwein.com
khubbard@medinaorthwein.com

Kelly Louise Densmore (Cal. Bar No. 297446)
TRANSGENDER, GENDER VARIANT,
INTERSEX JUSTICE PROJECT
370 Turk St. #370
San Francisco, CA 94102
Telephone: (831) 234-1375
Fax: (510) 217- 3580
Kellylou@tgijp.org

*Attorneys for Plaintiff*
Carey K. Smith

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Carey K. Smith** <br> AKA CJ Smith <br><br> Plaintiff, <br><br> vs. <br><br> **Elena Tootell, M.D., et al.** <br><br> Defendant(s). | **Case Number: 3:17-CV-00470-JST** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** <br><br> **CIVIL L.R. 6-1** <br><br> Hon. Jon S. Tigar |

**Case No. 3:17-cv-00470-JST**
**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Civil Local Rule 6-1, Plaintiff Carey K. Smith (a/k/a C Jay Smith) and Defendants Elena Tootell and Denise Reyes by and through their undersigned counsel, hereby stipulate to a two-week extension from September 22, 2017 to October 6, 2017 for Plaintiff to file a First Amended Complaint.

Respectfully Submitted,

Dated: September 14, 2017     MEDINA ORTHWEIN LLP

*/s/ Felicia Medina*
Felicia Medina

Attorneys for Plaintiff Carey K. Smith

Dated: September 14, 2017     */s/Martine D'Agostino*
Martine D'Agostino
Deputy Attorney General

Attorneys for Defendants E. Tootell and D. Reyes

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Date: September 19, 2017                    _____
                                               Hon. Jon S. Tigar
                                               United States District Judge

**Case No. 3:17-cv-00470-JST**
**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**